**No. 44506.**—Petition 6009–R of Arthur Sedlak (New York).

Opinion by EVANS, J.   Being impressed with the fact that the importer did the best he could under the circumstances and that there was no intention to defraud the revenue, the court granted the petition.